UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMER ROLANDO ORTUNO RIOJA,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

**ORDER OF SERVICE**

26-CV-03309 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The

Clerk of Court is directed to issue a summons as to Defendant United States of America. Plaintiff

is directed to serve the summons and complaint on Defendant, pursuant to Rule 4(i)(1) of the

Federal Rules of Civil Procedure,[1] within 90 days of the issuance of the summons.[2]

If within those 90 days, Plaintiff has not either served Defendant or requested an

extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4

and 41 of the Federal Rules of Civil Procedure for failure to prosecute. Plaintiff may receive

court documents by email by completing the attached form, Consent to Electronic Service.[3]

---

[1] Under Rule 4(i)(1) of those rules: "[t]o serve the United States, a party must: (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought— or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

[3] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

SO ORDERED.

Dated:  June 22, 2026
        White Plains, New York

_____
PHILIP M. HALPERN
United States District Judge

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


_____
Name (Last, First, MI)


_____
Address                City                State            Zip Code


_____
Telephone Number                E-mail Address


_____
Date                        Signature


**Click Here to Save**